| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 010 |
|-----|------|-------|-------|-----------|-----|
| 217 | DE508 | 000010 | 50110 | 0000010046 | 1 |

# Earnings Statement

**ENVIRONMENTAL SYSTEMS PRODUCTS, INC.**
2180 PINNACLE PKWY
TWINSBURG, OH 44087

Period Ending: 01/08/2011

Pay Date: 01/07/2011

Taxable Marital Status:   Single
Exemptions/Allowances:
   Federal:        1
   OH:             1

00000000043
**BRANDON  W  STRAKA**
34490  RIDGE  ROAD,  APT.  B-209
**WILLOUGHBY  OH  44094**

Social Security Number:

| Earnings | rate | hours | this period | year to data |
|----------|------|-------|-------------|--------------|
| Regular | 11.8557 | 24.00 | 284.54 | 813.39 |
| Regular | 13.2212 | 40.00 | 528.85 | |
| Holiday | 11.8557 | 8.00 | 94.85 | 94.85 |
| Vacation | 11.8557 | 8.00 | 94.85 | 94.85 |
| **Gross Pay** | | | **$1,003.09** | 1,003.09 |

| Other Benefits and Information | this period | total to |
|---|---|---|
| Sick | | 7: |
| Vacation | | 7! |

| Deductions | Statutory | this period | year to data |
|------------|-----------|-------------|--------------|
| | Federal Income Tax | -95.81 | 96.81 |
| | Social Security Tax | -41.05 | 41.05 |
| | Medicare Tax | -14.17 | 14.17 |
| | OH State Income Tax | -21.73 | 21.73 |
| | Euclid Income Tax | -27.86 | 27.86 |
| | **Other** | | |
| | Checking 1 | -775.77 | |
| | Choice + | -24.08* | 24.08 |
| | Dental | -1.62* | 1.62 |
| | **Net Pay** | **$0.00** | |

11-11980-pmc    Doc 3    FILED 03/14/11    ENTERED 03/14/11 09:06:56    Page 1 of 1