| CO. | FILE | DEPT. | CLOCK | NUMBER | 010 |
|---|---|---|---|---|---|
| Z17 | 085091 | 060005 | 50130 | 0010215841 | 1 |

ENVIRONMENTAL SYSTEMS PRODUCTS, INC.
2180 PINNACLE PKWY
TWINSBURG, OH 44087

# Earnings Statement

Period Ending: 01/02/2010
Pay Date: 01/08/2010

Taxable Marital Status: Single
Exemptions/Allowances:
   Federal: 1
   OH: 0

BRANDON W STRAKA
34490 RIDGE ROAD, APT. B-209
WILLOUGHBY OH 44094

Social Security Number:

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 10.0000 | 57.83 | 678.30 | 678.30 |
| Holiday | 10.0000 | 16.00 | 160.00 | 160.00 |
| Incentive | | | 3.00 | 3.00 |
| **Gross Pay** | | | **$841.30** | 841.30 |

| Other Benefits and Information | this period | total to |
|---|---|---|
| Vacation | | 1 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -61.81 | 61.81 |
| | Social Security Tax | -52.16 | 52.16 |
| | Medicare Tax | -12.20 | 12.20 |
| | OH State Income Tax | -17.48 | 17.48 |
| | Cleveland Income Tax | -16.83 | 16.83 |
| | **Net Pay** | **$680.82** | |